IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Grace Achievement Center for Excellence Academies' Inc. and Reginald Evans in his capacity as Officer and Founder, | C/A No.: 3:23-4966-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| South Carolina Public Charter School District; the Honorable Ellen Weaver; and the Honorable Henry McMaster, | |
| Defendants. | |

Plaintiff Reginald Evans filed this action on behalf of Grace Achievement Center for Excellence Academies, Inc. ("Plaintiff"), asserting claims pursuant to 42 U.S.C. § 1981. [ECF No. 1]. It is well-established that a corporate entity cannot appear pro se and must be represented by counsel in court.[1] The United States Supreme Court recognized that:

> [i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities. Thus, save a few aberrant cases, the lower courts have uniformly held that 28 U.S.C. § 1654, providing that "parties may plead and conduct their own cases personally or by counsel," does not allow

---

[1] Plaintiff has not demonstrated he has any independent standing in this matter.

1

corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney.

*Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) (internal citations and footnote omitted); *see also Honour Technical Group, Inc. v. United States*, 326 F. App'x 141, 142 (4th Cir. 2009) (this rule also applies to limited liability corporations); *RZS Holdings AVV v. PDVSA Petroleo S.A.*, 506 F.3d 350, 354 n.3 (4th Cir. 2007). While 28 U.S.C. § 1654 allows individuals to "plead and conduct their own cases personally," the statute does not extend that right to represent other parties. Accordingly, Plaintiff is directed to retain counsel by **November 6, 2023**. If Plaintiff fails to retain licensed counsel to file an entry of appearance by November 6, 2023, the undersigned will recommend this matter be summarily dismissed.

Plaintiff is further ordered to always keep the Clerk of Court advised in writing (United States District Court, 901 Richland Street, Columbia, South Carolina 29201) of any address change, to assure that orders or other matters that specify deadlines are received. Failure to comply with this order may result in dismissal.

IT IS SO ORDERED.

October 17, 2023
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge